

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2013

No. 04-13-00689-CV

**IN THE INT OF GM, AM AND NM,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02693
John D. Gabriel Jr., Judge Presiding

## O R D E R

The Appellant Maggie Barrientes' Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 6, 2014. No further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court